ORIGINAL

**FILED**
DISTRICT COURT OF GUAM

JUN 23 2005

MARY L.M. MORAN
CLERK OF COURT

③

chrisespinosasel

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. **05-00053** |
|---|---|
| Plaintiff, | ) |
| vs. | ) **APPLICATION AND ORDER** |
| | ) **TO SEAL RECORD** |
| CHRISTOPHER M. ESPINOSA, | ) |
| ERIC M. APONIK, | ) |
| JOHN V. CRUZ, and | ) |
| JARETT J. ELM, | ) |
| Defendants. | ) |

The United States moves this Honorable Court for an order sealing the record in the above-entitled case for the reason that further investigation is still pending in this matter, which may be hindered by making this cause available for public scrutiny.

Respectfully submitted this ____ day of June 2005.

        LEONARDO M. RAPADAS
        United States Attorney
        Districts of Guam and NMI

By: _____
      RUSSELL C. STODDARD
      First Assistant U.S. Attorney

IT IS SO ORDERED this 23rd day of ___June___ 2003.

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

RECEIVED
JUN 22 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM