# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

**FILED**
**DISTRICT COURT OF GUAM**
**JUN 2 4 2005**
**MARY L.M. MORAN**
**CLERK OF COURT**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**ERIC M. APONIK**<br><br>(Name and Address of Defendant) | SUMMONS IN A CRIMINAL CASE<br><br>Case Number: CR-05-00053-002 |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue** | 413 |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | Date and Time<br>**Friday, June 24, 2005 at 10:00 a.m.** |

To answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**21:841(a)(1), (b)(1)(A)(viii) & 846 – CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)**

**21:841(a)(1), (b)(1)(A)(viii) & 846 – ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE (COUNT 2)**

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**June 22, 2005**
Date

# RETURN OF SERVICE

Service was made by me on:[1]  Date

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☒ Returned unexecuted: UNABLE TO SERVE IND. IN TIME OF HRS. IND'S. ATTY. IS FEDERAL PUBLIC DEFENDER AS PER U.S. PROB. OFR. MINDY BRUNSON.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on __6/24/05__          __J. L. B. Solos__
           Date                   Name of United States Marshal

                                 __Susan M. Unegog__
                                 (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.