AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

FILED
DISTRICT COURT OF GUAM
JUN 24 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA
V.

JOHN V. CRUZ

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR-05-00053-003

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam** <br> **4th Floor, U.S. Courthouse** <br> **520 West Soledad Avenue** <br> Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | **413** |
| | Date and Time <br> **Friday, June 24, 2005 at 10:00 a.m.** |

To answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**21:841(a)(1), (b)(1)(A)(viii) & 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)**

**21:841(a)(1), (b)(1)(A)(viii) & 846 - ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE (COUNT 2)**

ORIGINAL

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon* (signature)
Signature of Issuing Officer

**June 22, 2005**
Date

# RETURN OF SERVICE

Service was made by me on:[1] 943am  Date 6/24/05

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: *[signature]* 6/24/05
DISTRICT COURT BLDG. 943 AM

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  6/24/05                    *J. L. B. [signature]*
              Date                        Name of United States Marshal

                                          *[signature]*
                                          (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.