# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. **05-00053** |
| Plaintiff, | |
| vs. | O R D E R |
| **CHRISTOPHER M. ESPINOSA, ERIC M. APONIK, JOHN V. CRUZ and JARETT J. ELM,** | |
| Defendants. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant **ERIC M. APONIK** in the above-entitled case *nunc pro tunc* to June 22, 2005.

Dated this 24th day of June, 2005.

JOAQUIN V.E. MANIBUSAN, Magistrate Judge
U.S. DISTRICT COURT OF GUAM