FILED
DISTRICT COURT OF GUAM
JUL 18 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>**CHRISTOPHER M. ESPINOSA,**<br><br>Defendant. | CRIMINAL CASE NO. 05-00053-001<br><br>ORDER |

IT IS HEREBY ORDERED that **RAWLEN MANTANONA** is appointed to represent the defendant in the above-entitled case.

Dated this 18th day of July, 2005.

FRANCES TYDINGCO-GATEWOOD
DESIGNATED JUDGE
U.S. DISTRICT COURT OF GUAM