# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

CHRISTOPHER M. ESPINOSA

**WARRANT FOR ARREST**

Case Number: CR-05-00053-001

**FILED**
DISTRICT COURT OF GUAM
JUL 28 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ CHRISTOPHER M. ESPINOSA _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

21:841(a)(1), (b)(1)(A)(viii) & 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)

21:841(a)(1), (b)(1)(A)(viii) & 846 - ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE (COUNT 2)

in violation of Title _____ United States Code, Section(s) _____

| MARILYN B. ALCON | *Marilyn B. Alcan* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 6/22/2005    Hagatna, Guam |
| Title of Issuing Officer | Date             Location |

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Las Vegas, Nevada

| DATE RECEIVED 06/22/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 06/22/05 | C.M. Hales, Postal Inspector | *Craig M. Hales* |