ORIGINAL

JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
ERIC M. APONIK

FILED
DISTRICT COURT OF GUAM
AUG - 5 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC M. APONIK,<br><br>Defendant. | CR 05-00053<br><br>STIPULATION TO AMEND ORDER SETTING CONDITIONS OF RELEASE |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Order Setting Conditions of Release be amended as follows:

"The defendant shall:

. . . .

(o) refrain from (X) excessive use of alcohol."

The original Order Setting Conditions of Release, dated June 24, 2005, barred the defendant from <u>any</u> use of alcohol. The defendant however has no alcohol related problems and alcohol is not implicated in any way in this offense. In addition, defendant has been fully compliant

with all other release conditions, including drug testing.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, August 2, 2005.

_____
JOHN T. GORMAN
Attorney for Defendant
ERIC M. APONIK

_____
RUSSELL C. STODDARD
Attorney for Plaintiff
UNITED STATES OF AMERICA

2