JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111
Facsimile:    (671) 472-7120

Attorney for Defendant
ERIC M. APONIK

**FILED**
DISTRICT COURT OF GUAM

AUG - 8 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 05-00053 |
| Plaintiff, | ) |
| | ) ORDER re: Stipulation |
| vs. | ) |
| | ) |
| ERIC M. APONIK, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The Stipulation filed on August ___5___, 2005, is Hereby Approved and

the Defendant's release conditions are modified as set forth therein.

DATED: Hagatna, Guam, _8/8/05_ .

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District of Guam

**RECEIVED**
AUG - 5 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM