AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>**CHRISTOPHER M. ESPINOSA**, et al. | **NOTICE**<br><br>CASE NUMBER: CR-05-00053 |

TYPE OF CASE:
     ☐ CIVIL      X CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | |
| | DATE AND TIME |
| TYPE OF PROCEEDING<br><br>JURY TRIAL | |

**FILED**
DISTRICT COURT OF GUAM
AUG 26 2005
MARY L.M. MORAN
CLERK OF COURT

X TAKE NOTICE that a proceeding in this case has been rescheduled as indicated below:

| Place | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | Tuesday, September 6, 2005 at 9:30 a.m. | Thursday, September 1, 2005 at 10:00 a.m. |

MARY L. M. MORAN
CLERK OF COURT

August 26, 2005
DATE

(BY) DEPUTY CLERK

TO:    U.S. Attorney's Office      Federal Public Defender      U.S. Marshal Service
         Rawlen Mantanona           William Gavras
         Joaquin C. Arriola, Jr.           U.S. Probation Office