# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Christopher M. Espinosa, et al., <br><br> Defendant. | Case No. 1:05-cr-00053 <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Notice filed August 29, 2005*, on the dates indicated below:

| *U.S. Attorney's Office* | *Rawlen M.T. Mantanona* | *Federal Public Defender* | *Joaquin C. Arriola, Jr.* |
|---|---|---|---|
| *August 29, 2005* | *August 29, 2005* | *August 29, 2005* | *August 29, 2005* |

*William Gavras*
*August 30, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Notice filed August 29, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 31, 2005                                /s/ Marilyn B. Alcon
                                                                Deputy Clerk