# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES



**FILED**

DISTRICT COURT OF GUAM

AUG 3 1 2005

MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00053-002        DATE: August 31, 2005**

*******************************************************************

HON. DAVID S. OTERO, Designated Judge, Presiding
Court Reporter: Wanda M. Miles
Hearing Electronically Recorded: 1:34:55 - 2:00:56

Law Clerk: NONE PRESENT
Courtroom Deputy: Leilani Toves Hernandez
CSO: J. Lizama / L. Gogo

* * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * *

**DEFT : ERIC M. APONIK**
( X ) PRESENT   ( ) CUSTODY   ( ) BOND   ( X ) P.R.

**ATTY : JOHN GORMAN**
( X ) PRESENT   ( ) RETAINED ( X ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY:  RUSSELL STODDARD

AGENT: CRAIG HALES, U.S. POSTAL INSPECTOR

U.S. PROBATION:  CARMEN O'MALLAN

U.S. MARSHAL: J. CURRY

INTERPRETER:_____     ( ) SWORN      LANGUAGE: _____
                                        ( ) PREVIOUSLY SWORN

*******************************************************************

## PROCEEDINGS:                    CHANGE OF PLEA

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED:     AGE: _31_     SCHOOL COMPLETED: _12th Grade_
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
     OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT  ( ) INFORMATION  ( ) INDICTMENT
( X ) PLEA ENTERED:  ( X ) *GUILTY*  ( ) *NOT GUILTY* - TO: COUNT I
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: _08/30/2005_     PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( X ) STATUS HEARING: November 28, 2005 at 10:00 a.m.
( X ) PRESENTENCE REPORT DUE: October 31, 2005

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT RELEASED ON PERSONAL RECOGNIZANCE BOND AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:

Parties stipulated to the following pen and ink changes in the Plea Agreement; pg 1, paragraph 2a, delete

the word "ice"; and page 3, line 15, delete "$250,000" and replace with "$4,000,000" - Granted.

The Court inquired with parties whether there was any reason the Presentence Report could not be

prepared. Parties had no objections. The probation officer stated that they need two months to prepare

the report. The Court ordered the Presentence Report due by October 31, 2005.

Courtroom Deputy: _____