JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
ERIC M. APONIK



**FILED**
DISTRICT COURT OF GUAM
NOV 10 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-00053 |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING DATE AND SET NEW |
| vs. ) | PRESENTENCE INVESTIGATION |
| ) | REPORT DUE DATE |
| ERIC M. APONIK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### STIPULATION TO CONTINUE SENTENCING DATE AND SET NEW PRESENTENCE INVESTIGATION REPORT DUE DATE

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Sentencing Hearing currently set for November 28, 2005, at 10:00 a.m. be continued for approximately three (3) months or a date convenient for the Court's calendar.

The Presentence Investigation Report is currently due on October 31, 2005. The parties also request a new Presentence Investigation Report due date.

//

**ORIGINAL**

IT IS SO STIPULATED:

DATED: Mongmong, Guam, November 7, 2005.

_____
JOHN T. GORMAN
Attorney for Defendant
ERIC M. APONIK


_____
RUSSELL C. STODDARD
Attorney for Plaintiff
UNITED STATES OF AMERICA

2