JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
ERIC M. APONIK

FILED
DISTRICT COURT OF GUAM
NOV 15 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00053 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER re 1st STIPULATION TO CONTINUE |
| ERIC M. APONIK, | ) ) | |
| Defendant. | ) ) | |

The Stipulation filed on November 10, 2005, is HEREBY APPROVED and So ORDERED. The November 28, 2005, Status Hearing is hereby moved to February 28, 2006 at 2:30 p.m. The Presentence Investigation Report deadline is will be reset upon the calendaring of a sentencing date.

DATED: Hagatna, Guam, November 15, 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge