EAponik.ORD

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
FEB 22 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00053 |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | re: Second Stipulation to Continue Status Hearing |
| ERIC M. APONIK, ) | |
| Defendant. ) | |

Through a February 21, 2006 stipulation to continue status hearing having come before this Honorable Court and the Court finding good cause for the issuance of the Order;

**IT IS SO ORDERED** that the Status Hearing currently scheduled for February 28, 2006, is hereby rescheduled to May 2, 2006, at 2:30 p.m.

February 22, 2006
DATE

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

**ORIGINAL**