EAponik.ORD

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
APR - 7 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ERIC M. APONIK,<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 05-00053<br><br>**ORDER**<br><br>**re: Third Stipulation to<br>Continue Status Hearing** |

Based on the parties' stipulation to continue the status hearing herein,

**IT IS HEREBY ORDERED** that the status hearing currently scheduled for May 2, 2006, be continued to June 6, 2006, at 2:30 p.m.

Dated this 7th day of April 2006.

　　　　　　　　　　　　　　　　　　JOAQUIN V.E. MANIBUSAN, JR.
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

**ORIGINAL**