1  EAponik.SVS
2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Street
5  Hagåtña, Guam 96910
   Telephone: (671) 472-7332/7283
6  Telecopier: (671) 472-7334

7  Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAY 25 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00053 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION OF PARTIES** |
|  | ) **TO VACATE STATUS HEARING** |
| ERIC M. APONIK, | ) |
| Defendant. | ) |

The parties in the above-entitled matter, the United States of America, and the defendant, by and through his counsel, John Gorman, hereby stipulate to vacate the

\\
\\
\\
\\
\\
\\

-1-

status hearing, currently scheduled for June 6, 2006 at 2:30 p.m., and set this case for sentencing as soon as the Court's schedule permits.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 5/23/06 By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney

DATED: 5/25/06 /s/ John T. Gorman
JOHN GORMAN
Attorney for Defendant

-2-