EAponik.VOR

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

MAY 25 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>ERIC M. APONIK,<br><br>        Defendant. | CRIMINAL CASE NO. 05-00053<br><br>**ORDER** |

    Based on the Stipulation of Parties filed May 25, 2006, and the Court finding good cause for the issuance of the order;

    **IT IS HEREBY ORDERED** that the June 6, 2006 status hearing is vacated, and that sentencing is set for August 31, 2006, at 9:30 a.m. before the Honorable Ronald B. Leighton, United States District Judge for the Western District of Washington. The presentence report shall be provided to the parties no later than July 20, 2006. The parties shall file their responses to the presentence report no later than August 3, 2006. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than August 17, 2006.

    SO ORDERED this 25th day of May 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge