JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111
Facsimile:    (671) 472-7120

**FILED**
DISTRICT COURT OF GUAM
JUN - 6 2006
**MARY L.M. MORAN**
**CLERK OF COURT**

Attorney for Defendant
ERIC M. APONIK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-00053 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO ALLOW |
| | ) | DEFENDANT'S TRAVEL TO |
| vs. | ) | CALIFORNIA |
| | ) | |
| ERIC M. APONIK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein

that the defendant, ERIC M. APONIK, be allowed to travel to travel to Canyon County California,

leaving Guam on June 14, 2006 and returning to Guam on July 6, 2006.

Mr. Aponik will leave all pertinent contact information with the U.S. Probation

Office.

U.S. Probation Officer, Carmen O'Mallen concurs with Mr. Aponik's travel request.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, June 5, 2006.

# ORIGINAL

JOHN T. GORMAN
Attorney for Defendant
ERIC M. APONIK

KARON V. JOHNSON
Attorney for Plaintiff
UNITED STATES OF AMERICA

2