JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111
Facsimile:    (671) 472-7120

Attorney for Defendant
ERIC M. APONIK

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00053 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | re Stipulation to Allow Defendant's |
| | ) | Travel to California |
| ERIC M. APONIK, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Stipulation filed on June 5, 2006, to allow the Defendant to travel to California from

June 14, 2006, to July 6, 2006 is HEREBY APPROVED. The Clerk of Court is authorized to

release the Defendant's passport to him for purposes of said travel. The Defendant shall

thereafter surrender his passport to the Clerk's Office within 24 hours of his return to Guam.

DATED: Hagatna, Guam, June 6, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

**ORIGINAL**