JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:     (671) 472-7111
Facsimile:     (671) 472-7120

Attorney for Defendant
ERIC M. APONIK

**FILED**
DISTRICT COURT OF GUAM

AUG - 9 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 05-00053 |
| | ) |
| Plaintiff, | ) STIPULATION TO CONTINUE |
| | ) SENTENCING DATE |
| vs. | ) |
| | ) |
| ERIC M. APONIK, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION TO CONTINUE SENTENCING DATE

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein

that the Sentencing Hearing currently set for August 31, 2006, at 9:30 a.m. be continued for

approximately three (3) weeks or a date convenient for the Court's calendar.

The parties request this new sentencing hearing date as defense counsel will be off-

island from August 24 to September 6, 2006 for official business.

//

//

ORIGINAL

IT IS SO STIPULATED:

DATED: Mongmong, Guam, August 8, 2006.

_____
JOHN T. GORMAN
Attorney for Defendant
ERIC M. APONIK

_____
RUSSELL C. STODDARD
Attorney for Plaintiff
UNITED STATES OF AMERICA

2