JOHN T. GORMAN  
Federal Public Defender  
First Hawaiian Bank Building  
400 Route 8, Suite 501  
Mongmong, Guam 96910  
Telephone: (671) 472-7111  
Facsimile: (671) 472-7120  

Attorney for Defendant  
ERIC M. APONIK

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00053 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | re: Stipulation to Continue Sentencing |
| ERIC M. APONIK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Stipulation filed on August 9, 2006, is HEREBY APPROVED. The sentencing hearing presently set for August 31, 2006, is hereby moved to Monday, September 18, 2006, at 9:30 a.m. before the Honorable Morrison C. England, United States District Judge for the Eastern District of California.

DATED: Hagatna, Guam, August _9_, 2006.

JOAQUIN V.E. MANIBUSAN, JR.  
U.S. Magistrate Judge

**ORIGINAL**