JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
ERIC M. APONIK

FILED
DISTRICT COURT OF GUAM
SEP 13 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-00053 |
| | ) | |
| Plaintiff, | ) | SENTENCING HEARING EXHIBITS; |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| ERIC M. APONIK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant, ERIC M. APONIK, by and through undersigned counsel, John T. Gorman, Federal Public Defender, hereby submits the following letters for the Court's consideration at the Sentencing Hearing scheduled for September 18, 2006, at 9:30 a.m

   Exhibit A. Letter of Rev. Fr. Santiago Flor Caravia, Pastor, Chalan Pago Catholic Pastoral Center, dated September 6, 2006.

   Exhibit B. Letter of Deacon Eddie Borja.

   Exhibit C. Letter of Fr. Felixberto C. Leon Guerrero, Pastor, Santa Teresita Church

**ORIGINAL**

Exhibit D.   Letter of Martha C. Bernardo, dated September 6, 2006.

Exhibit E.   Letter of Susan Rose Topasna.

Exhibit F.   Letter of W. Dan Aponik, dated September 3, 2006.

Exhibit G.   Letter of Lucia Aponik.

DATED:   Mongmong, Guam, September 13, 2006.

	*[signature]*
	JOHN T. GORMAN
	Attorney for Defendant
	ERIC M. APONIK



**Our Lady of Peace & Safe Journey Roman Catholic Church**
**Chalan Pago Catholic Pastoral Center – Office of the Pastor**
P.O. Box EC * Hagatna, Guam 96932 * Tel (671) 734-3723 * Fax (671) 734-3722
E-mail: pastoralcenter@olopsj.com * Website: www.olopsj.com

September 6, 2006

To Whom It May Concern:

    Good day and blessings to you. My name is Rev. Fr. Santiago Flor Caravia and I am the Pastor of Our Lady of Peace and Safe Journey Catholic Church in Chalan Pago, Guam. I have personally known Mr. Eric Aponik as he is a dedicated parishioner of this church together with his wife Verlyn and their children. I affectionately remember how he and his wife cared for their infirmed grandmother until her death. Eric has helped our parish community in many ways and I myself have witnessed his sincerity through the reception of the Sacraments of Reconciliation and of Holy Eucharist. He has been very generous of his time whenever we sought his assistance and never hesitated in any way. He has also been a generous donor of items whenever the parish asked.

    I therefore can affirm that through my interaction and observance, Eric has not only been a member of our faith community, but a true Catholic through his faith-sharing, example and generosity. I humbly ask that you take this into consideration

    Should you have any questions, please feel free to contact me personally at 734-3701 or through my staff at 734-3723.


In Our Lady of Peace & Safe Journey,

*Santiago Flor Caravia*
Rev. Fr. Santiago Flor Caravia,
Pastor



To Whom It May Concern:

This is to inform you that I have known Mr. Eric Aponik since he was a young boy and he was always a good and very respectful. Even as a young boy he was always helping his mother who was our Director for Catholic Teaching in the parish. Eric is also very thoughtful; if he sees you working he would help you without wanting anything in return. He was very good in working with his hands. Eric comes from a family that enjoys helping others especially the church. Eric would clean the inside and the outside of the church. If we had functions, he would help with setting up the tables and chairs. He would always help anyone around him even if he didn't know them. Eric is also my godson and shows great respect and love.

Deacon Eddie Borja
P.O. Box 326104
Hagatna, Guam 96932
Home 477-6026
Cel    482-6026
Work  646-3108

TO WHOM IT MAY CONCERN:

I am writing this letter for Mr. Eric Aponik. I have known Eric for the pass 10 years. It began when I was a pastor at Our Lady of Peace and Safe Journey in Chalan Pago. Eric comes from a very caring family. He and his family are very involved in parish activites. They are faithful parishioners as well as good friends. Eric is a responsible and reliable person. I know that whatever he does for his family and the community will benefit everyone. Should you have any questions or concerns, please feel free to contact me at my email address (                              )

Thank you
Sincerely,
Fr. Felixberto C. Leon Guerrero, O.F.M.Cap.
Pastor of Santa Teresita Church in Mangilao



DEFENDANT'S EXHIBIT

Martha C. Bernardo
PO Box 2507
Hagatna, Guam 96932

September 06, 2006


Subject: Eric Aponik

To Whom It May Concern:

My name is Martha C. Bernardo, I'm a Retiree and for the past 3 years a part-time secretary for Chalan Pago Catholic Church; and before that I was a full-time Banker (Bank of Hawaii) for about 30 years plus and 10 years part-time Assistant to Chalan Pago CCD (confraternity of christian doctrine) Director, Lucia Aponik.

During my 10 year tenure as an assistant to Lucy Aponik, I got to know her son Eric pretty well. I know him to be a respectful and helpful young man. He would come around to the church grounds when help is needed. He is a very friendly, sociable, loud but not rude, joker and is easy to get along with.

Surprisingly enough, for a young man, he is knowledgeable in maintenance area. Some of the things that he did for the ccd/church are as follows:

> [] Clean and buffer CCD classrooms and large social hall.
> [] Thoroughly clean/maintain boys and girls restroom.
> [] Change entrance doors and door locks when needed
> [] Water blast CCD exterior walls and sidewalks
> [] Help in moving classroom furniture around or from room to room
> [] Maintains minor electrical problems
> [] Maintains minor plumbing problems
> [] Maintains minor phone problems
> [] Does minor carpentry work when needed
> [] Helps clean church (sweep or mop)

I guess anything that Lucy would ask him to do, if he doesn't know, he'll at least try. That's more than what I can say for a lot of young men his age then; it shows that he is ambitious. He is a good guy, a family man now and you can see how close he is to his young ones, and how close the kids are to him.

I pray that a "good deal" would come his way, since he doesn't do drugs, and give him a chance to show the community a regret of his action and instead be around to teach his little ones "a hard lesson" he learned.

Martha C Bernardo   734-3892

To whom it may Concern:

My name is Susan Topasna and I currently work for Saint Padre Pio's Gift Shop which is owned by the Aponik Family. Prior to working for the Aponiks, I volunteered as a CCD assistant under the direction of Mrs. Lucia Aponik.

I met Eric Aponik in 1993, while I was assisting Mrs. Lucia Aponik through the CCD Program. Eric Aponik also helped out the program by doing maintenance work and other tasks whenever needed. He was eager to help out whenever possible and had a humorous side to everything he did. He was friendly and polite to everyone he met.

Because of Eric Aponik's character and sense of humor and because he showed his generosity in the things he did I accepted to become a Godmother to one of his 4 children.

As I said, I currently work under Saint Padre Pio's Gift Shop, which is owned by the Aponiks, and I see Eric Aponik on a daily basis. He does a lot of the maintenance and works for Reaction Supply Company owned by his father. He does his work, is friendly with the customers and is always willing to go out of his way to help out the business.

Respectfully yours,

*[signature]*
SUSAN ROSE TOPASNA

DEFENDANT'S EXHIBIT E

**Reaction Supply Company**
**aka Reaction Automotive**
P.O. Box 22683
Barrigada, Guam 96921

162 Archbishop Flores St.
Agana, Guam 96910

Dial 1 (Prefix from USA)
Ph:   (671) 472-5651
Fax: (671 472-5655  Prim.
Fax: (671) 472-8431  Alt.
Fax: (323) 372-3812  U.S.
Email: wdaponik@teleguam.net

Date: Sept. 03, 2006

To:   Honorable Judge England

Am I biased and prejudiced as Eric's father – you know I am. But as a former Guam Police Lieutenant I can also be fair and objective. I have seen what this mistake and slip in judgment on Eric's part has done to many other people. But I have also seen the good that has already come out of this tragic situation. I have never seen a more dedicated individual to his wife and children and to family and friends alike.

Eric was brought up being taught the values of respect and that of a God loving/fearing person. From the years of Church service as an altar boy, to the continued assistance to his mother – the CCD Coordinator and Director of Religious Education for the Chalan Pago parish, to the **complete and utter dedication to his job as the Operations Manager for Reaction Supply Company**, I have seen no other person that would benefit more from the Courts mercy and compassion for probation than Eric M. Aponik. Eric has used this tragic experience to learn a deeper sense of love and loyalty to God and his family. His 4 small children need the care and guidance of a truly reformed man. Let's not burden the penal system with Eric's incarceration and give him a chance with community service to prove he has changed for the better. The stigma and loss of certain rights his admitting to this felonious act will prove to be enough of a penalty in itself.

Although I realize that had Eric not been caught, his actions could have lead to the destruction of other families life's. Eric has demonstrated his remorse by offering full and complete cooperation with all inspectors, agents and court officers. I have witnessed a truly more professional man with much higher work ethics than in the past. A more valued and trusted employee could not be found and Reaction Supply Company would suffer greatly should we lose Eric for any length of time. My recent hospitalizations for kidney stone operations and a suspected heart attack gave Eric the reigns of a company dedicated in assisting all Government Agencies procure specialized parts and equipment. And a great job he did indeed.

In summary – please have mercy on Eric. He will not let us down again.

Sincerely,
for **Reaction**

W. Dan Aponik



DEFENDANT'S EXHIBIT F

Dear Honarable Judge,

My name is Lucia Aponik, mother of Eric Matthew Aponik. I write this letter to appeal to you to please give my son probation in his upcoming sentencing. Eric is really a good son, loving husband and father of four beautiful children. Unfortunately Eric is the type of person who is very easily influenced by his peers. Growing up, he felt a need to compete with his older brother and wanted to follow in his footsteps. His older brother is presently well to do and living a life every person would only dream of. Hence, Eric wanted to have a life and live the way his brother is.

I recall as a youngster Eric wanting to be liked and accepted. Eventually in his teen years he developed a friendly, well-liked personality and was well received by all ---from his friends, families and people he didn't even know! He made friends very easily and for this reason I believe it was easy to be introduced to drugs.

Eric is smart, a hard worker and mechanically inclined. He is practically a "Jack of all Trades." Four years ago he got married and has four young children ranging from ages 7 to 2 years. During this time until November of 2004, Eric and his wife, Verlyn helped me take care of my 84 year old mother. Two months before my mother's death, my husband was admitted in the hospital for what was later diagnosed as kidney stones which later had to undergo blasting them. Shortly after that he was treated for what was diagnosed a year later as "Restless Leg Syndrome". During a period of one year, his medical doctor treated him with a couple prescriptions of controlled drugs (Percocet and Fentanol patch) only to be sent to rehab as a result of his addiction to them. During this time, Eric was managing the business, helping me with yard work and maintenance while trying to manage his own household. If Eric turned to "bad" behavior, it was probably a result of all that he had been going through.

Eric's father is still taking medication for Restless Leg Syndrome---to include high cholesterol and frequent migraine headaches (all prescribed medications). A couple months ago I have had severe back pains which limits my mobility to doing strenuous work. We've been relying more so than ever on Eric to help us with the business, yard work and house maintenance. Your Honor, I tell you this because we've relied on Eric for a lot of things to assist us but especially more so now with all our medical problems.

We understand that we do things in our lives we later regret or that which comes back to haunt us. Eric unfortunately hung out with the wrong kind of people. He is really a good son, husband and father. I appeal to you your Honor to please give my son probation. He has certainly proven himself remorseful for what had happened and is working at bettering himself. He understands what this awful drug can do to oneself as well as to their loved ones. The past year while awaiting sentencing we saw how trying and stressful it was for him but a learning experience where he knows that this is not the right way to go. It gave him a better outlook on life but most importantly sees what it can do to the lives of his parents, wife and precious children. We love our son and need his help but most of all, his children love him dearly and they need their father. Thank you and God bless.

*Lucia D Aponik*



## CERTIFICATE OF SERVICE

I, RENATE DOEHL, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on September 13, 2006:

KARON V. JOHNSON
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

STEPHEN P. GUILLOT
U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, September 13, 2006.

_____
RENATE DOEHL
Operations Administrator

JOHN T. GORMAN
Attorney for Defendant
ERIC M. APONIK