# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-05-00053-002　　　　　　　　　DATE: September 18, 2006

HON. MORRISON C. ENGLAND, JR., Designated Judge, Presiding
Law Clerk: None Present　　　　　　　　　Court Reporter: Cecilia Flores
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 9:31:28 - 9:35:48
CSO: B. Benavente

**APPEARANCES:**
Defendant: Eric M. Aponik　　　　　　　　　Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☑ P.R.　　　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Karon Johnson　　　　　　　U.S. Agent:
U.S. Probation: Stephen Guilliot　　　　　U.S. Marshal: G. Perez
Interpreter:　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Sentencing**
- Parties oral stipulation to set the sentencing before Judge Coughenour was <u>granted</u>.
- The Court set sentencing for: <u>October 10, 2006 at 11:30 a.m.</u>
- Defendant released on the same conditions previously imposed.

NOTES: