ORIGINAL

ericaponik5k

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
SEP 19 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ERIC M. APONIK, <br><br> Defendant. | CRIMINAL CASE NO. 05-00053 <br><br> **GOVERNMENT'S MOTION FOR A SUBSTANTIAL ASSISTANCE DEPARTURE** |

The United States hereby moves this Honorable Court for a departure from the mandatory minimum term of 120 months, as provided by 18 U.S.C. § 3553(c), and the Guidelines level, as provided by USSG Section 5K1.1, on the basis that defendant has rendered substantial assistance to the government in its investigation of drug trafficking on Guam.

The government is lodging under seal a separate justification concerning the details of that cooperation. The government is recommending that defendant receive a sentence of 78 months incarceration.

RESPECTFULLY SUBMITTED this __19th__ day of September, 20006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney