JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111
Facsimile:    (671) 472-7120

Attorney for Defendant
ERIC M. APONIK

**FILED**

DISTRICT COURT OF GUAM

OCT - 4 2006

**MARY L.M. MORAN
CLERK OF COURT**

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-00053 |
| | ) | |
| Plaintiff, | ) | MOTION TO ALLOW TELEPHONIC |
| | ) | TESTIMONY OF CRAIG M. HALES, |
| vs. | ) | POSTAL INSPECTOR, U.S. POSTAL |
| | ) | INSPECTION SERVICE; |
| ERIC M. APONIK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the defendant, ERIC M. APONIK, through counsel, John T.

Gorman, Federal Public Defender, and moves this Honorable Court to allow the telephonic

testimony of Craig M. Hales, Postal Inspector, U.S. Postal Inspection Service at the Sentencing

Hearing on October 10, 2006.

DATED: Mongmong, Guam, October 4, 2006.

JOHN T. GORMAN
Attorney for Defendant
ERIC M. APONIK

ORIGINAL