# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | SUBPOENA IN A |
|---|---|
| **V.** | **CRIMINAL CASE** |
| ERIC APONIK | Case Number: CR 05-00053 |

TO:
Craig M. Hales
U.S. Postal Inspector
United States Postal Inspection Service
Salt Lake City, Utah

# FILED
DISTRICT COURT OF GUAM

OCT - 6 2006

## MARY L.M. MORAN
## CLERK OF COURT

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURTHOUSE | John C. Coughenour |
| 4th Floor, 520 West Soledad Avenue | **DATE AND TIME** |
| Hagatna, Guam | 10/10/2006 11:30 am |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Mary L.M. Moran | 10/6/2006 |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

JOHN T. GORMAN, Federal Public Defender's Office, 400 Route 8, Suite 501, First Hawaiian Bank Building
Mongmong, Guam 96910 TELEPHONE: (671) 472-7111 FACSIMILE: (671) 472-7120

ORIGINAL

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 10/6/2006 | Salt Lake City, Utah (via facsimile) |
| SERVED | DATE 10/6/2006 | PLACE Salt Lake City, Utah (via facsimile) |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| Craig M. Hales | ☐ YES  ☑ NO  AMOUNT $ _____ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Renate Doehl | Operations Administrator |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____10/6/2006_____
DATE

SIGNATURE OF SERVER

400 Route 8, Suite 501

ADDRESS OF SERVER

FHB Building, Mongmong, Guam 96910

ADDITIONAL INFORMATION