UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
OCT 10 2006
MARY L.M. MORAN
CLERK OF COURT

HON. JOHN C. COUGHENOUR, U. S. DISTRICT JUDGE

Deputy Clerk: Julie Mahnke

Court Reporter: Niles                    Date 10/10/06

SENTENCING MINUTES                       11:46:28 - 12:04:45

CASE NO CR05-53C     U. S. v. Eric M. Aponik

U.S. Atty: John Gorman    Deft. Atty: Johnson

USPO S Guilliot    Intrp. _____

Guideline range determined by the court: Total Offense Level 31
Criminal History Category 3    Imprisonment range: 108-135 months
Supervised release range _____    Fine range: _____

**SENTENCE IMPOSED:** (✓) IMPRISONMENT FOR A TERM OF 48 months

(✓) SUPERVISED RELEASE  ( ) PROBATION   FOR A TERM OF 5 years

CONDITIONS OF SUPERVISION/PROBATION:
(✓) Standard conditions and those set forth in the PSI.
( ) Substance abuse conditions ( ) Mental health conditions
( ) Financial Conditions ( ) No re-entry into U.S. without permission.
(✓) Fine waived    ( ) Fine in the amount of _____
( ) Restitution in the sum of _____
(✓) Necessary Penalty Assessment for each count must be paid.
( ) Cost of incarceration ( ) to be paid ( ) waived.
The Court departs from the guidelines for the following reasons:
those set forth in the PSI.
(✓) Deft. is permitted to self-report. ( ) Deft. remains in custody.
( ) Deft. is remanded to the custody of the U. S. Marshal.
(✓) Motion to dismiss remaining counts is granted.
( ) Court recommends incarceration at _____
(✓) Defendant advised of right to appeal.

OTHER:
~~Cost~~ Government's motion for substantial assistance - Granted.

10/10/06