UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>ERIC MATTHEW APONIK<br>　　　　Defendant. | CRIMINAL CASE NO. 05-00053-002<br><br>APPLICATION AND ORDER FOR<br>RELEASE OF PASSPORT |

COMES NOW, U.S. Probation Officer Specialist Carmen D. O'Mallan, in the above-captioned case and requests for the release of the passport held by the Court as a condition of the defendant's release on bond.

Dated this 14th day of November 2006.

_____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

### ORDER

On the application of U.S. Probation Officer Specialist Carmen D. O'Mallan, the Clerk of Court is hereby ordered to release the passport belonging to the defendant, Eric Matthew Aponik.

Dated this 15th day of November 2006.

_____
HON. FRANCES TYDINGCO-GATEWOOD
Chief Judge
District of Guam

RECEIVED
NOV 15 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM