PS 40
(REV. 6/05)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| | | | |
|---|---|---|---|
| **TO:** | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | **FROM:** | Carmen D. O'Mallan, U.S. Probation Officer<br>District of Guam<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |

[ ] **Original Notice**   [X] **Notice of Disposition**

| | | | |
|---|---|---|---|
| Date: | **August 9, 2005** | Date: | **November 17, 2006** |
| By: | **Joaquin V.E. Manibusan, Jr.**<br>**U.S. Magistrate Judge** | By: | **John C. Coughenour**<br>**Designated U.S. District Judge** |

| | | | |
|---|---|---|---|
| Defendant: | **APONIK, Eric Matthew** | Case Number: | **USDC CR. CS. NO. 05-00053-002** |
| Date of Birth: | **XX-XX-1974** | Place of Birth: | **Orange County, CA - USA** |
| SSN: | **XXX-XX-0946** | | |

**FILED**
**DISTRICT COURT OF GUAM**
**DEC - 7 2006**
**MARY L.M. MORAN**
**CLERK OF COURT**

**NOTICE OF COURT ORDER** (Order Date: **August 9, 2005**)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[X] The above-named defendant surrendered Passport Number **120965590** to the custody of the **U.S. District Court on Guam.**

### NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[X] Defendant convicted.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
    ☐ Not Convicted - PS40/Passport returned to defendant.
    ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
    [X] Convicted - PS40, and copy of Judgment and Order to Release Passport enclosed.
Defendant (or representative)